Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Corey J. Allen                                           Docket No. 00-00025-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Corey J. Allen, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 9th day of March 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay a special assessment of $100.

| | |
|---|---|
| 03-09-01: | Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base; 40 months' custody of the Bureau of Prisons, to be followed by 5 years' supervised release. |
| 04-20-02: | Judgment was amended by Judge McLaughlin to 31 months' custody of the Bureau of Prisons. All other terms and conditions imposed by the judgment of March 9, 2001, were reimposed. |
| 08-28-03: | Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde. |
| 05-06-05: | Judgment was amended by Judge McLaughlin to include participation in the Bureau of Prisons' Comprehensive Sanctions Center Program for a period not to exceed 180 days. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall refrain from any unlawful use of a controlled substance.**

**The defendant shall not illegally possess a controlled substance.**

Mr. Allen tested positive for cocaine on January 11, 18, and 22, 2007. The samples were confirmed positive by Scientific Testing Laboratories, Incorporated. Mr. Allen was confronted on January 29, 2007, in regard to the positive tests results, and he admitted to using cocaine. Mr. Allen has tested positive for cocaine a total of 11 occasions since his release from custody on August 28, 2003.

U.S.A. vs. Corey J. Allen
Docket No. 00-00025-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom C, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _2-23-07_ at _1:30 pm_ to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _13th_ day of _February_, 20 _07_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02-12-07_

_[signature]_
U.S. Probation Officer

_[signature]_ Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA