MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

U.S.A )
_____ )
_____ )
          ) Plaintiffs,
          ) CR. NO
Vs.       ) Case No. 00-25 Erie
Corey Allen )
_____ )
          ) Defendants.

HEARING ON Show Cause on Revocation of Supervised Release

Before Judge Sean J. McLaughlin

Held on 2/23/07

Marshall Piccinini          Thomas W Patton, PDA

Appear for Plaintiff        Appear for Defendant

Hearing begun 1:31 pm       Hearing adjourned to 2:14 pm

Hearing concluded C.A.V. ___   Stenographer R. Bench

                               Clerk N. Kierzek

WITNESSES:

Corey Allen - Testified

∆'s Supervised Release is REVOKED; Remanded to the custody of the US Marshal
∆ is Sentenced 9 mths; 3 years Supervised Release;