```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  ) Criminal No. 00-25 Erie
                              )
COREY J. ALLEN                )
```

## MOTION FOR JUDICIAL RECOMMENDATION

AND NOW, comes the defendant, COREY J. ALLEN, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and files the following Motion for Judicial Recommendation for Designation by the Federal Bureau of Prisons to the federal facility, McKean, located in Bradford, Pennsylvania, and in support thereof sets forth as follows:

1. The defendant, Corey J. Allen, appeared before this Honorable Court on February 23, 2007, for a revocation hearing regarding his supervised release.

2. The amended judgment of the Court includes that Mr. Allen serve a 9-month term of imprisonment.

3. The close proximity of FCI McKean to Erie, Pennsylvania, would enable Mr. Allen's family to visit him on a regular basis, thus maintaining the family bonds.

4. Mr. Allen seeks the following judicial recommendation to be incorporated into the Judgment regarding this matter:

- "It is recommended that the Federal Bureau of Prisons designate the federal facility, McKean, located in Bradford, Pennsylvania, as the location where Mr. Allen shall serve his sentence of imprisonment."

**WHEREFORE**, Mr. Corey J. Allen respectfully requests that this Honorable Court incorporate into the Judgment, or in the alternative supplement the Judgment with an Order recommending that Mr. Allen be designated to the federal facility, McKean, located in Bradford, Pennsylvania.

              Respectfully submitted,


              /s/ Thomas W. Patton
              Thomas W. Patton
              Assistant Federal Public Defender
              P.A. State I.D. #88653