```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             )
          v.                 ) Criminal No. 00-25 Erie
                             )
COREY J. ALLEN               )
```

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2007, upon consideration of the foregoing Motion for Judicial Recommendations, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is hereby granted.

IT IS FURTHER ORDERED that the Judgment Order shall be amended to incorporate the following judicial recommendations:

> "It is recommended that the Federal Bureau of Prisons designate the federal facility, McKean, located in Bradford, Pennsylvania, as the location where Mr. Allen shall serve his sentence of imprisonment."

_____
HONORABLE SEAN J. McLAUGHLIN
United States District Judge