Corey Allen #20018068
N.E. Ohio Correctional Center
2240 Hubbard Rd.
Youngstown, Ohio 44505

CR 00-25 E

RE: Honorable Judge Sean J. McLaughlin

Honorable Judge McLaughlin,

I am writing to humbly request an alternative to my revocation sentence. (9 months) I am, however, grateful to not have recieved the maximum sentence, But I have a firm belief the Negatives of my Incarceration are affecting my family in a way that is threating the very structure of my family. Since Feboary 23, 2007 there has been rising complications for my family, meaning my wife and children. My wife went in Labor 5 days after my Sentencing via emergency C-section, which was 2 weeks earlier than her due date. She is now home alone with 3 boys ages 5, 1, and 1 month, suffering from Post Pardum and has turned down Anti-Depressant medication, for fear of not being physically + mentally able to care for our 3 small boys. She is alone, and hasnt been able to keep up with bills, or our oldest child's Preschool. (She has had to withdraw him) Prior to my Incarceration she would watch the younger child 1yrs, while I would take the 5yr old to school on my way to school All the time. She has been struggling to keep Doctors appointments and her depression has gotten worse.

I use to watch the boys from 3pm – 11pm while she worked. It was our agreement I went to School and she worked, that way we had equal time with the children. She is quickly falling behind on Bills and having a hard time caring for the children.

Your Honor, I understand I put myself in this position And understand there are Guidlines that you have to follow on Such matters. I was given opportunities to "get myself together", But was losing my battle with my Addiction to Cocaine. I have been battling Addiction nearly half my Life, your Honor. After 3 years in Prison I still used, Though it wasn't on a daily basis, it has been frequent enough to show a pattern of Addiction. The Only Treatment I underwent In the last 4 years was "twice a month" Outpatient at Gadenzia Crossroads, which is where I learned I am Suffering From Attention Deficit Disorder And Diagnosed Bipolar. My treatment Counselor Suggested this may have been related to my abuse. Your Honor with all the Problems circling my wife, as well as children, I can only Pray that you could reduce my nine month Sentence to Some Capacity. IF not for me, For my wife and children whom are being affected the most. The very Structure of my family is at stake. I was enrolled in Triangle Tech for Construction Technolgy and due to Graduate June 2nd 2007. If ~~released~~ released earlier than nine months I could reattend this year instead

of having to wait until 2008 to return. There is a term starting in June and another at the beginning of October, with Christmas right around the corner from that, We (my wife and I) would be in a better position if I was home to help. I humbly ask that some Alternative can be given rather than 9 months prison time, perhaps remain on home Confinement until I graduate. With a Condition that Any positive urine samples would result in a maximum sentence And added Supervise Release. Your Honor as a man it is my duty to Protect and Support my family, without me they struggle for their very survival. They would struggle with me but not to this extent. Perhaps I could also double up on my Treatment at Gaudenzia. Crossroads. I am at your mercy your Honor.

thank you for taking time out to listen your Honor.

Respectfully,
Corey J. Allen