WEST. DIST. OF PENNSYLVANIA

CLERK U.S. DISTRICT COURT

APR - 4 2007

RECEIVED

c/o Honorable Judge Sean J. McLaughlin
United States Federal Courthouse
17 South Park Row
Erie, PA 16501

Corey Allen #200180068
N.E. Ohio Correctional Center
2240 Hubbard Road
Youngstown, Ohio 44505