IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Civil Action No. 00-25 Erie |
| ) | |
| COREY ALLEN, ) | |
| Defendant. ) | |
| ) | |

**ORDER**

AND NOW THIS __4th__ day of April, 2007, upon consideration of the Defendant's letter to Judge McLaughlin, which the Court construes as a Motion for Reconsideration (Document No. 47)

IT IS HEREBY ORDERED that said Motion is DENIED

_____
Sean J. McLaughlin
United States District Judge

cc: Parties of record    __NK__